UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MALOTT,

    Plaintiff,

v.

LARRY WEAVER, et al.,

    Defendants.

_____/

Case No. 1:18-cv-62

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Larry Weaver and Gary Blow filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 23, 2020, recommending that this Court grant the motion and enter judgment in favor of Defendants Larry Weaver and Gary Blow. The Report and Recommendation was duly served on the parties. The Court granted two requests by Plaintiff to extend the deadline by which objections were to be filed, however, no objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 63) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 59) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*,

114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

      A Judgment will be entered consistent with this Order.

Dated:  October 13, 2020                                     /s/  Paul L. Maloney
                                                                                  Paul L. Maloney
                                                                                  United States District Judge