UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MALOTT,

    Plaintiff,

v.

    Case No. 1:18-cv-62

    HONORABLE PAUL L. MALONEY

LARRY WEAVER, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  October 13, 2020            /s/  Paul L. Maloney
                                                                                Paul L. Maloney
                                                                                 United States District Judge